IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED NEUROLOGY, P.A. AND ATHARI REAL ESTATE, LTD. | § § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-4248 |
| HARTFORD LLOYD'S INSURANCE COMPANY | § § § | |

**ORDER GRANTING HARTFORD'S MOTION FOR ENTRY OF**
**FINAL JUDGMENT UNDER FED. R. CIV. PROC. 58**

On this day came to be considered Defendant Hartford Lloyd's Insurance Company's ("Hartford") Motion for Entry of Final Judgment Under Federal Rule of Civil Procedure 58 with respect to the all claims against Hartford in this case.

Having considered the motion, the Court is of the opinion that it should be granted and that there is no just reason for delay in finalizing the judgment on all claims brought by Plaintiffs United Neurology, PA and Athari Real Estate, Ltd. against Travelers. The Court finds that the summary judgment ruling in Hartford's favor (Doc. 59) is final as an ultimate disposition of all claims brought by Plaintiffs United Neurology, PA and Athari Real Estate, Ltd. against Hartford Lloyd's Insurance Company.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby enters final judgment, in accordance with its March 31, 2015, Opinion and Order (Doc. 59) granting summary judgment to Hartford on Plaintiffs' claims against it and dismissing this case, with prejudice.

Done this 24 day of April in Houston, Texas.

United States District Judge